IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

DORA L. ADKINS,
P.O. BOX 3825
MERRIFIELD, VA 22116

       Plaintiff (*pro se*),

       V.    CIVIL ACTION NO.:

                                       1:26cv 2012-PTG-IDD

Arlington VA Fitness LLC
Registered Agent/Registered
Corporation Service Company
100 Shockoe Slip Fl 2
RICHMOND, VA, 23219 - 4100, USA, Defendant.

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

### PROPOSED EMERGENCY COMPLAINT

COMES NOW the Plaintiff, Dora L. Adkins, *pro se*, provides a "Proposed Emergency Complaint," against the **Defendant, Arlington VA Fitness LLC."**

This Proposed Emergency Complaint includes the following: **Count #I: Gross Negligence** allows for punitive damages under Plaintiff's facts that proves and supports extremely high legal threshold. **Count #II: Breach of Contract; Count #III: Intentional Infliction of Emotional Distress (IIED)** is the primary cause of action that allows a **Claim** for **Punitive Damages** for Count #1; Gross Negligence and Count #III: Intentional Infliction of Emotional Distress, as a *Prima Facie* Case Cause of Action, states as follows:

1

## DIVERSITY JURISDICTION

This Court enjoys subject matter jurisdiction over this action under 28 U.S.C. §1332(a)(1) because the Plaintiff, Dora L. Adkins resides in the State of Virginia; specifically, Fairfax County.

**JURISDICTION AND VENUE**

1. This Court has subject-matter jurisdiction over this action pursuant to **28 U.S.C. § 1332(a)(1)** based on complete diversity of citizenship between the parties and an amount in controversy that exceeds the statutory threshold.

2. The Plaintiff is an individual and a citizen and resident of the **Commonwealth of Virginia**.

3. Defendant Planet Fitness Principal Office Address is 6400 Shafer Court, Suite 250, Rosemont, IL, 60018 - 0000, USA.

4. Complete diversity exists because no Defendant is a citizen of different state as the Plaintiff.

5. The amount in controversy legitimately exceeds **$75,000.00**, exclusive of interest and costs, as set forth in the underlying claims and the accompanying Prayer for Relief.

6. Venue is proper in the Eastern District of Virginia, Alexandria Division, pursuant to **28 U.S.C. § 1391(b)(2)** because a substantial part of the events,

2

omissions, and operational injuries giving rise to these claims occurred at commercial properties situated within this judicial district.

## INTRODUCTION TO PRIMA FACIE CASE:

## FACTUAL ALLEGATIONS

1. It is a fact: On Sunday, June 27, 2026, Plaintiff arrived at Planet Fitness, Fairfax, VA for the sole purpose of taking a shower. As Plaintiff parked Plaintiff's vehicle way out from the entrance of Planet Fitness, Fairfax, VA to prevent door dents, a black female was waiting inside her vehicle and got out of her vehicle at the exact same time Plaintiff exited Plaintiff's vehicle. To prevent unwanted cell photos of Plaintiff's person, Plaintiff slowed her walk and allowed her to go ahead of Plaintiff, once through the entrance door, Plaintiff took the elevator to the 2nd floor; whereby, Planet Fitness, Fairfax, VA is located.

2. It is a fact: Plaintiff took a quick 5-minute shower but before leaving Plaintiff reported to the black female employee at the front desk that the showers in the Women Locker Room for Planet Fitness, Fairfax, VA had not been cleaned in 7-days. Plaintiff questioned if the employee realized Planet Fitness member's lives are and/or were at stake and/or risk when they are exposed unknowingly to germs, bacteria, and disease. Before Plaintiff made the report there was a black male sitting in the corner of the lobby by the

3

check-in desk and waiting for the employee pretending to get signed in as a new Planet Fitness member but was actually making a video and taking cell photos of Plaintiff because he knew of the Premeditated Attempted Murder of Plaintiff that was about to occur in the elevator.

3. It is a fact: The black male left unable to become a fake Planet Fitness member and then with no one else around Plaintiff made the report to the Front Desk employee. The same black female from the parking lot was walking out behind Plaintiff when Plaintiff was going to take the elevator, a white male came out of nowhere and placed his foot in the elevator to get the elevator to re-open because the elevator was almost shut closed.

4. It is a fact: GOD pulled Plaintiff out of the elevator so quickly as Plaintiff stated, "what a bitch" and Plaintiff floated down approximately 20 steps (Plaintiff will need to count the steps to be accurate about the number of steps and the black female had just left in front of Plaintiff using the stairs and pulled off in the parking lot ahead of Plaintiff exiting the parking lot of Planet Fitness/CVS /Aldi grocery store, located in Fairfax.

5. It is a fact: The next day, Monday, June 28, 2026, Plaintiff thanked a different employee at the Front Desk for cleaning the showers located in the Women Locker Room of Planet Fitness, Fairfax, but reported the shower curtains have never been washed and the floor was left with visible trash,

4

most likely because of the report Plaintiff made regarding the filthy showers located in the Women Locker Room.

6. <u>It is a fact</u>: Plaintiff also asked the employee working at the Front Desk of Planet Fitness, Fairfax, VA for the name of the owner and operator for Planet Fitness, but the employee stated she didn't know, just the manager's name. Plaintiff asked if Plaintiff could look on the wall where two document were posted and the employee replied "Yes," but she stated the documents were related to the fire department and she was correct.

7. <u>It is a fact</u>: Plaintiff joined Planet Fitness, Herndon, VA in or about March 2026, because the Planet Fitness, Herndon, VA facility was brand new and Plaintiff believed it could be a temporary fix to keeping Plaintiff's body clean, Plaintiff could shower at Planet Fitness, Herndon, VA.

8. <u>It is a fact</u>: Plaintiff reported the problem of a clogged shower drain the first day, Plaintiff used a shower at Planet Fitness, Herndon, VA. The manager for Planet Fitness, Herndon, VA claimed he would take care of the problem himself but did not for four weeks and a female came in and turned on the shower claiming that it needed to be turned on ahead of time because it takes a while for the water to heat up. Standing water was in the shower Plaintiff showered in and caused Plaintiff a very bad and severe cold which Plaintiff

is just somewhat recovering from. Plaintiff did not return to Planet Fitness, Herndon, VA.

9.  It is a fact: Plaintiff was in Court in Richmond, VA and used two different Planet Fitness located in Richmond, VA that had the **EXACT** same problem of not cleaning the shower and shower curtains and were much older Planet Fitness facilities.

10. It is a fact: Plaintiff went to the Planet Fitness located in Manassas, VA and the **EXACT** same problems existed with dirty showers and dirty shower curtains. Plaintiff have used 5 different Planet Fitness Gyms and all five Planet Fitness Gyms would cause any human Health issues because the showers are not cleaned daily after the member's use; the shower curtains appear to have never been washed; the Herndon Planet Fitness did not have any signs placed inside of its women locker room; whereby, allegedly women not yet passed 1st grade come into the women locker room taking cell photos and making videos even after the sign was posted. Plaintiff is forced to cover Plaintiff's face while attempting to dress and/or undress. After asking to speak with a manager for Planet Fitness, Herndon, VA the signs were posted without Plaintiff's verbal complaint of cell photos taken of the Plaintiff by members and the employees and management located at the front desk of Planet Fitness.

6

11. <u>It is a fact</u>: Plaintiff went to the following five Planet Fitness locations:

a. Planet Fitness
   **Fairfax:** 11001 Lee Hwy
   Fairfax, VA 22030
b. Planet Fitness
   **Herndon:** 2120 Centreville Rd
   Herndon, VA 20170
c. **Manassas:** Planet Fitness
   7680 Stream Walk Ln
   Manassas, VA 20109
d. **Richmond: (Willow Lawn)**
   6301 W Broad St, Suite B
   Richmond, VA 23226
e. **Richmond: (Eastgate Town Center)**
   4951 Nine Mile Rd
   Richmond, VA 23223

12. <u>It is a fact</u>: If a member is walking in and/or out of the Planet Fitness Gyms with a bag covering the Plaintiff's face the employees working at the front desk should be concerned. The employees show no concern because their action are on purpose and with intent. The **SAME** can be concluded from Members using their cell photos to take cell photos and/or videos. Two or three employees standing at the Front Desk on their personal cell telephones could spend any down time cleaning.

**CAUSES OF ACTION**

**<u>COUNT #I</u>: Gross Negligence / Premises Liability**

13.    Plaintiff realleges paragraphs 1 through 12 as though fully set forth herein.

7

14. The **"Defendant, Arlington VA Fitness LLC,"** owed a strict legal duty to the Plaintiff, as a business invitee, to maintain the Herndon; Fairfax; Manassas and two Richmond facilities in a safe, sanitary condition and to protect members from hidden health hazards.

15. The **"Defendant, Arlington VA Fitness LLC,"** committed Gross Negligence by demonstrating an utter disregard of prudence and a total absence of care. Despite repeated notifications over a 4-to-6-week period, the Defendant purposefully left shower facilities clogged, abandoned daily cleaning protocols in the Women's Locker Room, and failed to wash used shower curtains.

16. The **"Defendant, Arlington VA Fitness LLC,"**. acted with Willful and Wanton Negligence. They possessed actual knowledge that subjecting members to accumulated germs, bacteria, and disease placed human lives at stake, yet they deliberately chose to ignore the hazard with conscious indifference to the consequences.

17. As a direct and proximate result of this gross negligence, the Plaintiff was forced to use personal disinfectant sprays that caused physical bleeding to her delicate system, had to use paper towels to avoid touching surfaces, and contracted a severe, debilitating physical illness.

18. The actual facts will be listed directly under the three causes of actions:

8

19. It is a fact: On Sunday, June 27, 2026, Plaintiff arrived at Planet Fitness, Fairfax, VA for the sole purpose of taking a shower. As Plaintiff parked Plaintiff's vehicle way out from the entrance of Planet Fitness, Fairfax, VA to prevent door dents, a black female was waiting inside her vehicle and got out of her vehicle at the exact same time Plaintiff exited Plaintiff's vehicle. To prevent unwanted cell photos of Plaintiff's person, Plaintiff slowed her walk and allowed her to go ahead of Plaintiff, once through the entrance door, Plaintiff took the elevator to the 2nd floor; whereby, Planet Fitness, Fairfax, VA is located.

20. It is a fact: Plaintiff took a quick 5-minute shower but before leaving Plaintiff reported to the black female employee at the front desk that the showers in the Women Locker Room for Planet Fitness, Fairfax, VA had not been cleaned in 7-days. Plaintiff questioned if the employee realized Planet Fitness member's lives are and/or were at stake and/or risk when they are exposed unknowingly to germs, bacteria, and disease. Before Plaintiff made the report there was a black male sitting in the corner of the lobby by the check-in desk and waiting for the employee pretending to get signed in as a new Planet Fitness member but was actually making a video and taking cell photos of Plaintiff because he knew of the

Premeditated Attempted Murder of Plaintiff that was about to occur in the elevator.

21. It is a fact: The black male left unable to become a fake Planet Fitness member and then with no one else around Plaintiff made the report to the Front Desk employee. The same black female from the parking lot was walking out behind Plaintiff when Plaintiff was going to take the elevator, a white male came out of nowhere and placed his foot in the elevator to get the elevator to re-open because the elevator was almost shut closed.

22. It is a fact: GOD pulled Plaintiff out of the elevator so quickly as Plaintiff stated, "what a bitch" and Plaintiff floated down approximately 20 steps (Plaintiff will need to count the steps to be accurate about the number of steps and the black female had just left in front of Plaintiff using the stairs and pulled off in the parking lot ahead of Plaintiff exiting the parking lot of Planet Fitness/CVS /Aldi grocery store, located in Fairfax.

23. It is a fact: The next day, Monday, June 28, 2026, Plaintiff thanked a different employee at the Front Desk for cleaning the showers located in the Women Locker Room of Planet Fitness, Fairfax, but reported the shower curtains have never been washed and the floor was left with

visible trash, most likely because of the report Plaintiff made regarding the filthy showers located in the Women Locker Room.

24. It is a fact: Plaintiff also asked the employee working at the Front Desk of Planet Fitness, Fairfax, VA for the name of the owner and operator for Planet Fitness, but the employee stated she didn't know, just the manager's name. Plaintiff asked if Plaintiff could look on the wall where two document were posted and the employee replied "Yes," but she stated the documents were related to the fire department and she was correct.

25. It is a fact: Plaintiff joined Planet Fitness, Herndon, VA in or about March 2026, because the Planet Fitness, Herndon, VA facility was brand new and Plaintiff believed it could be a temporary fix to keeping Plaintiff's body clean, Plaintiff could shower at Planet Fitness, Herndon, VA.

26. It is a fact: Plaintiff reported the problem of a clogged shower drain the first day, Plaintiff used a shower at Planet Fitness, Herndon, VA. The manager for Planet Fitness, Herndon, VA claimed he would take care of the problem himself but did not for four weeks and a female came in and turned on the shower claiming that it needed to be turned on ahead of time because it takes a while for the water to heat up. Standing water was

11

in the shower Plaintiff showered in and caused Plaintiff a very bad and severe cold which Plaintiff is just somewhat recovering from. Plaintiff did not return to Planet Fitness, Herndon, VA.

27. It is a fact: Plaintiff was in Court in Richmond, VA and used two different Planet Fitness located in Richmond, VA that had the **EXACT** same problem of not cleaning the shower and shower curtains and were much older Planet Fitness facilities.

28. It is a fact: Plaintiff went to the Planet Fitness located in Manassas, VA and the **EXACT** same problems existed with dirty showers and dirty shower curtains. Plaintiff have used 5 different Planet Fitness Gyms and all five Planet Fitness Gyms would cause any human Health issues because the showers are not cleaned daily after the member's use; the shower curtains appear to have never been washed; the Herndon Planet Fitness did not have any signs placed inside of its women locker room; whereby, allegedly women not yet passed 1st grade come into the women locker room taking cell photos and making videos even after the sign was posted. Plaintiff is forced to cover Plaintiff's face while attempting to dress and/or undress. After asking to speak with a manager for Planet Fitness, Herndon, VA the signs were posted without Plaintiff's verbal

complaint of cell photos taken of the Plaintiff by members and the employees and management located at the front desk of Planet Fitness.

29. It is a fact: Plaintiff went to the following five Planet Fitness locations:

Planet Fitness
**Fairfax:** 11001 Lee Hwy
Fairfax, VA 22030
Planet Fitness
**Herndon:** 2120 Centreville Rd
Herndon, VA 20170
**Manassas:** Planet Fitness
7680 Stream Walk Ln
Manassas, VA 20109
**Richmond: (Willow Lawn)**
6301 W Broad St, Suite B
Richmond, VA 23226
**Richmond: (Eastgate Town Center)**
4951 Nine Mile Rd
Richmond, VA 23223

30. It is a fact: If a member is walking in and/or out of the Planet Fitness Gyms with a bag covering the Plaintiff's face the employees working at the front desk should be concerned. The employees show no concern because their action are on purpose and with intent. The **SAME** can be concluded from Members using their cell photos to take cell photos and/or videos. Two or three employees standing at the Front Desk on their personal cell telephones could spend any down time cleaning.

31. **CLAIM #I: ELEMENTS FOR PUNITIVE DAMAGES AND FACTS TO SUPPORT PUNITIVE DAMAGES:**

32. **ELEMENTS FOR PUNITIVE DAMAGES:**

13

33. Punitive Damages may only be awarded where there is misconduct or actual malice, or such recklessness or negligence as to evince a conscious disregard of the rights of others. *Giant of Virginia v. Pigg*, 207 Va. 679, 685-86 (1967)."

34. **FACTS TO SUPPORT PUNITIVE DAMAGES**:

Plaintiff realleges paragraphs 1 through 12 as though fully set forth herein.

35. **"Defendant, Arlington VA Fitness LLC,".** misconduct, or actual malice or recklessness or negligence evinced a conscious disregard BECAUSE of the following Facts:

36. It is a fact: On Sunday, June 27, 2026, Plaintiff arrived at Planet Fitness, Fairfax, VA for the sole purpose of taking a shower. As Plaintiff parked Plaintiff's vehicle way out from the entrance of Planet Fitness, Fairfax, VA to prevent door dents, a black female was waiting inside her vehicle and got out of her vehicle at the exact same time Plaintiff exited Plaintiff's vehicle. To prevent unwanted cell photos of Plaintiff's person, Plaintiff slowed her walk and allowed her to go ahead of Plaintiff, once through the entrance door, Plaintiff took the elevator to the 2nd floor; whereby, Planet Fitness, Fairfax, VA is located.

14

37. <u>It is a fact</u>: Plaintiff took a quick 5-minute shower but before leaving Plaintiff reported to the black female employee at the front desk that the showers in the Women Locker Room for Planet Fitness, Fairfax, VA had not been cleaned in 7-days. Plaintiff questioned if the employee realized Planet Fitness member's lives are and/or were at stake and/or risk when they are exposed unknowingly to germs, bacteria, and disease. Before Plaintiff made the report there was a black male sitting in the corner of the lobby by the check-in desk and waiting for the employee pretending to get signed in as a new Planet Fitness member but was actually making a video and taking cell photos of Plaintiff because he knew of the Premeditated Attempted Murder of Plaintiff that was about to occur in the elevator.

38. <u>It is a fact</u>: The black male left unable to become a fake Planet Fitness member and then with no one else around Plaintiff made the report to the Front Desk employee. The same black female from the parking lot was walking out behind Plaintiff when Plaintiff was going to take the elevator, a white male came out of nowhere and placed his foot in the elevator to get the elevator to re-open because the elevator was almost shut closed.

39. It is a fact: GOD pulled Plaintiff out of the elevator so quickly as Plaintiff stated, "what a bitch" and Plaintiff floated down approximately 20 steps (Plaintiff will need to count the steps to be accurate about the number of steps and the black female had just left in front of Plaintiff using the stairs and pulled off in the parking lot ahead of Plaintiff exiting the parking lot of Planet Fitness/CVS /Aldi grocery store, located in Fairfax.

40. It is a fact: The next day, Monday, June 28, 2026, Plaintiff thanked a different employee at the Front Desk for cleaning the showers located in the Women Locker Room of Planet Fitness, Fairfax, but reported the shower curtains have never been washed and the floor was left with visible trash, most likely because of the report Plaintiff made regarding the filthy showers located in the Women Locker Room.

41. It is a fact: Plaintiff also asked the employee working at the Front Desk of Planet Fitness, Fairfax, VA for the name of the owner and operator for Planet Fitness, but the employee stated she didn't know, just the manager's name. Plaintiff asked if Plaintiff could look on the wall where two document were posted and the employee replied "Yes," but she stated the documents were related to the fire department and she was correct.

42. <u>It is a fact</u>: Plaintiff joined Planet Fitness, Herndon, VA in or about March 2026, because the Planet Fitness, Herndon, VA facility was brand new and Plaintiff believed it could be a temporary fix to keeping Plaintiff's body clean, Plaintiff could shower at Planet Fitness, Herndon, VA.

43. <u>It is a fact</u>: Plaintiff reported the problem of a clogged shower drain the first day, Plaintiff used a shower at Planet Fitness, Herndon, VA. The manager for Planet Fitness, Herndon, VA claimed he would take care of the problem himself but did not for four weeks and a female came in and turned on the shower claiming that it needed to be turned on ahead of time because it takes a while for the water to heat up. Standing water was in the shower Plaintiff showered in and caused Plaintiff a very bad and severe cold which Plaintiff is just somewhat recovering from. Plaintiff did not return to Planet Fitness, Herndon, VA.

44. <u>It is a fact</u>: Plaintiff was in Court in Richmond, VA and used two different Planet Fitness located in Richmond, VA that had the **EXACT** same problem of not cleaning the shower and shower curtains and were much older Planet Fitness facilities.

45. <u>It is a fact</u>: Plaintiff went to the Planet Fitness located in Manassas, VA and the **EXACT** same problems existed with dirty showers and dirty shower curtains. Plaintiff have used 5 different Planet Fitness Gyms and

all five Planet Fitness Gyms would cause any human Health issues because the showers are not cleaned daily after the member's use; the shower curtains appear to have never been washed; the Herndon Planet Fitness did not have any signs placed inside of its women locker room; whereby, allegedly women not yet passed 1st grade come into the women locker room taking cell photos and making videos even after the sign was posted. Plaintiff is forced to cover Plaintiff's face while attempting to dress and/or undress. After asking to speak with a manager for Planet Fitness, Herndon, VA the signs were posted without Plaintiff's verbal complaint of cell photos taken of the Plaintiff by members and the employees and management located at the front desk of Planet Fitness.

46. It is a fact: Plaintiff went to the following five Planet Fitness locations:

Planet Fitness
**Fairfax:** 11001 Lee Hwy
Fairfax, VA 22030
Planet Fitness
**Herndon:** 2120 Centreville Rd
Herndon, VA 20170
**Manassas:** Planet Fitness
7680 Stream Walk Ln
Manassas, VA 20109
**Richmond: (Willow Lawn)**
6301 W Broad St, Suite B
Richmond, VA 23226
**Richmond: (Eastgate Town Center)**
4951 Nine Mile Rd
Richmond, VA 23223

47. <u>It is a fact</u>: If a member is walking in and/or out of the Planet Fitness Gyms with a bag covering the Plaintiff's face the employees working at the front desk should be concerned. The employees show no concern because their action are on purpose and with intent. The **SAME** can be concluded from Members using their cell photos to take cell photos and/or videos. Two or three employees standing at the Front Desk on their personal cell telephones could spend any down time cleaning.

48. <u>**COUNT #II**</u>: **Breach of Contract**

49. Plaintiff realleges paragraphs 1 through 12 as though fully set forth herein.

50. A binding, legally enforceable contract existed between the Plaintiff and the **Defendant, Arlington VA Fitness LLC,"** via the active Planet Fitness membership agreement.

51. The Plaintiff fully performed her contractual obligations by timely paying all membership dues and adhering to standard facility guidelines.

52. The Defendants, Planet Fitness, Inc., Planet Fitness Franchising LLC, and Pla-Fit Holdings, LLC," breached this contract by failing to provide the clean, functional, and sanitary gym amenities promised in exchange for those membership dues.

53. As a direct result of this breach, the Plaintiff did not receive the safe environment she paid for and suffered severe physical exposure and illness.

54. The actual facts will be listed directly under the three causes of actions: It is a fact: On Sunday, June 27, 2026, Plaintiff arrived at Planet Fitness, Fairfax, VA for the sole purpose of taking a shower. As Plaintiff parked Plaintiff's vehicle way out from the entrance of Planet Fitness, Fairfax, VA to prevent door dents, a black female was waiting inside her vehicle and got out of her vehicle at the exact same time Plaintiff exited Plaintiff's vehicle. To prevent unwanted cell photos of Plaintiff's person, Plaintiff slowed her walk and allowed her to go ahead of Plaintiff, once through the entrance door, Plaintiff took the elevator to the 2nd floor; whereby, Planet Fitness, Fairfax, VA is located.

55. It is a fact: Plaintiff took a quick 5-minute shower but before leaving Plaintiff reported to the black female employee at the front desk that the showers in the Women Locker Room for Planet Fitness, Fairfax, VA had not been cleaned in 7-days. Plaintiff questioned if the employee realized Planet Fitness member's lives are and/or were at stake and/or risk when they are exposed unknowingly to germs, bacteria, and disease. Before Plaintiff made the report there was a black male sitting in the corner of

20

the lobby by the check-in desk and waiting for the employee pretending to get signed in as a new Planet Fitness member but was actually making a video and taking cell photos of Plaintiff because he knew of the Premeditated Attempted Murder of Plaintiff that was about to occur in the elevator.

56. It is a fact: The black male left unable to become a fake Planet Fitness member and then with no one else around Plaintiff made the report to the Front Desk employee. The same black female from the parking lot was walking out behind Plaintiff when Plaintiff was going to take the elevator, a white male came out of nowhere and placed his foot in the elevator to get the elevator to re-open because the elevator was almost shut closed.

57. It is a fact: GOD pulled Plaintiff out of the elevator so quickly as Plaintiff stated, "what a bitch" and Plaintiff floated down approximately 20 steps (Plaintiff will need to count the steps to be accurate about the number of steps and the black female had just left in front of Plaintiff using the stairs and pulled off in the parking lot ahead of Plaintiff exiting the parking lot of Planet Fitness/CVS /Aldi grocery store, located in Fairfax.

58. It is a fact: The next day, Monday, June 28, 2026, Plaintiff thanked a different employee at the Front Desk for cleaning the showers located in

the Women Locker Room of Planet Fitness, Fairfax, but reported the shower curtains have never been washed and the floor was left with visible trash, most likely because of the report Plaintiff made regarding the filthy showers located in the Women Locker Room.

59. It is a fact: Plaintiff also asked the employee working at the Front Desk of Planet Fitness, Fairfax, VA for the name of the owner and operator for Planet Fitness, but the employee stated she didn't know, just the manager's name. Plaintiff asked if Plaintiff could look on the wall where two document were posted and the employee replied "Yes," but she stated the documents were related to the fire department and she was correct.

60. It is a fact: Plaintiff joined Planet Fitness, Herndon, VA in or about March 2026, because the Planet Fitness, Herndon, VA facility was brand new and Plaintiff believed it could be a temporary fix to keeping Plaintiff's body clean, Plaintiff could shower at Planet Fitness, Herndon, VA.

61. It is a fact: Plaintiff reported the problem of a clogged shower drain the first day, Plaintiff used a shower at Planet Fitness, Herndon, VA. The manager for Planet Fitness, Herndon, VA claimed he would take care of the problem himself but did not for four weeks and a female came in and turned on the shower claiming that it needed to be turned on ahead of

time because it takes a while for the water to heat up. Standing water was in the shower Plaintiff showered in and caused Plaintiff a very bad and severe cold which Plaintiff is just somewhat recovering from. Plaintiff did not return to Planet Fitness, Herndon, VA.

62. It is a fact: Plaintiff was in Court in Richmond, VA and used two different Planet Fitness located in Richmond, VA that had the **EXACT** same problem of not cleaning the shower and shower curtains and were much older Planet Fitness facilities.

63. It is a fact: Plaintiff went to the Planet Fitness located in Manassas, VA and the **EXACT** same problems existed with dirty showers and dirty shower curtains. Plaintiff have used 5 different Planet Fitness Gyms and all five Planet Fitness Gyms would cause any human Health issues because the showers are not cleaned daily after the member's use; the shower curtains appear to have never been washed; the Herndon Planet Fitness did not have any signs placed inside of its women locker room; whereby, allegedly women not yet passed 1st grade come into the women locker room taking cell photos and making videos even after the sign was posted. Plaintiff is forced to cover Plaintiff's face while attempting to dress and/or undress. After asking to speak with a manager for Planet Fitness, Herndon, VA the signs were posted without Plaintiff's verbal

23

complaint of cell photos taken of the Plaintiff by members and the

employees and management located at the front desk of Planet Fitness.

64. <u>It is a fact</u>: Plaintiff went to the following five Planet Fitness locations:

a. Planet Fitness
   **Fairfax:** 11001 Lee Hwy
   Fairfax, VA 22030
b. Planet Fitness
   **Herndon:** 2120 Centreville Rd
   Herndon, VA 20170
c. **Manassas:** Planet Fitness
   7680 Stream Walk Ln
   Manassas, VA 20109
d. **Richmond: (Willow Lawn)**
   6301 W Broad St, Suite B
   Richmond, VA 23226
e. **Richmond: (Eastgate Town Center)**
   4951 Nine Mile Rd
   Richmond, VA 23223

65. <u>It is a fact</u>: If a member is walking in and/or out of the Planet Fitness

Gyms with a bag covering the Plaintiff's face the employees working at

the front desk should be concerned. The employees show no concern

because their action are on purpose and with intent. The **SAME** can be

concluded from Members using their cell photos to take cell photos

and/or videos. Two or three employees standing at the Front Desk on

their personal cell telephones could spend any down time cleaning.

66. <u>COUNT #III</u>: **Intentional Infliction of Emotional Distress (IIED)**
67. <u>**ELEMENTS FOR INTENTIONAL INFLICTION**</u>

**OF EMOTIONAL DISTRESS AND FACTS TO SUPPORT INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS:**

(1) the defendant must act intentionally or recklessly;

(2) the defendant's conduct must be extreme and outrageous; and

(3) the conduct must be the cause

(4) of severe emotional distress (and possible also bodily harm)

Hyatt, 943 S.W.

68. Plaintiff realleges paragraphs 1 through 12 as though fully set forth herein.

69. **Defendant, Arlington VA Fitness LLC,"** intentionally or recklessly permitted an intolerable environment to persist on their commercial premises.

70. The actual facts will be listed directly under the three causes of actions:

53. It is a fact: On Sunday, June 27, 2026, Plaintiff arrived at Planet Fitness, Fairfax, VA for the sole purpose of taking a shower. As Plaintiff parked Plaintiff's vehicle way out from the entrance of Planet Fitness, Fairfax, VA to prevent door dents, a black female was waiting inside her vehicle and got out of her vehicle at the exact same time Plaintiff exited Plaintiff's vehicle. To prevent unwanted cell photos of Plaintiff's person, Plaintiff slowed her walk and allowed her to go ahead of Plaintiff, once through the entrance door, Plaintiff took the elevator to the 2nd floor; whereby, Planet Fitness, Fairfax, VA is located.

54.     It is a fact: Plaintiff took a quick 5-minute shower but before leaving Plaintiff reported to the black female employee at the front desk that the showers in the Women Locker Room for Planet Fitness, Fairfax, VA had not been cleaned in 7-days. Plaintiff questioned if the employee realized Planet Fitness member's lives are and/or were at stake and/or risk when they are exposed unknowingly to germs, bacteria, and disease. Before Plaintiff made the report there was a black male sitting in the corner of the lobby by the check-in desk and waiting for the employee pretending to get signed in as a new Planet Fitness member but was actually making a video and taking cell photos of Plaintiff because he knew of the Premeditated Attempted Murder of Plaintiff that was about to occur in the elevator.

55.     It is a fact: The black male left unable to become a fake Planet Fitness member and then with no one else around Plaintiff made the report to the Front Desk employee. The same black female from the parking lot was walking out behind Plaintiff when Plaintiff was going to take the elevator, a white male came out of nowhere and placed his foot in the elevator to get the elevator to re-open because the elevator was almost shut closed.

56.     It is a fact: GOD pulled Plaintiff out of the elevator so quickly as Plaintiff stated, "what a bitch" and Plaintiff floated down approximately 20 steps (Plaintiff will need to count the steps to be accurate about the number of steps and the black female had just left in front of Plaintiff using the stairs and pulled off in the parking

26

lot ahead of Plaintiff exiting the parking lot of Planet Fitness/CVS /Aldi grocery store, located in Fairfax.

57.     It is a fact: The next day, Monday, June 28, 2026, Plaintiff thanked a different employee at the Front Desk for cleaning the showers located in the Women Locker Room of Planet Fitness, Fairfax, but reported the shower curtains have never been washed and the floor was left with visible trash, most likely because of the report Plaintiff made regarding the filthy showers located in the Women Locker Room.

58.     It is a fact: Plaintiff also asked the employee working at the Front Desk of Planet Fitness, Fairfax, VA for the name of the owner and operator for Planet Fitness, but the employee stated she didn't know, just the manager's name. Plaintiff asked if Plaintiff could look on the wall where two document were posted and the employee replied "Yes," but she stated the documents were related to the fire department and she was correct.

59.     It is a fact: Plaintiff joined Planet Fitness, Herndon, VA in or about March 2026, because the Planet Fitness, Herndon, VA facility was brand new and Plaintiff believed it could be a temporary fix to keeping Plaintiff's body clean, Plaintiff could shower at Planet Fitness, Herndon, VA.

60.     It is a fact: Plaintiff reported the problem of a clogged shower drain the first day, Plaintiff used a shower at Planet Fitness, Herndon, VA. The manager for

Planet Fitness, Herndon, VA claimed he would take care of the problem himself but did not for four weeks and a female came in and turned on the shower claiming that it needed to be turned on ahead of time because it takes a while for the water to heat up. Standing water was in the shower Plaintiff showered in and caused Plaintiff a very bad and severe cold which Plaintiff is just somewhat recovering from. Plaintiff did not return to Planet Fitness, Herndon, VA.

61.    It is a fact: Plaintiff was in Court in Richmond, VA and used two different Planet Fitness located in Richmond, VA that had the **EXACT** same problem of not cleaning the shower and shower curtains and were much older Planet Fitness facilities.

62.    It is a fact: Plaintiff went to the Planet Fitness located in Manassas, VA and the **EXACT** same problems existed with dirty showers and dirty shower curtains. Plaintiff have used 5 different Planet Fitness Gyms and all five Planet Fitness Gyms would cause any human Health issues because the showers are not cleaned daily after the member's use; the shower curtains appear to have never been washed; the Herndon Planet Fitness did not have any signs placed inside of its women locker room; whereby, allegedly women not yet passed 1st grade come into the women locker room taking cell photos and making videos even after the sign was posted. Plaintiff is forced to cover Plaintiff's face while attempting to dress and/or undress. After asking to speak with a manager for Planet Fitness, Herndon,

28

VA the signs were posted without Plaintiff's verbal complaint of cell photos taken of the Plaintiff by members and the employees and management located at the front desk of Planet Fitness.

63.    It is a fact: Plaintiff went to the following five Planet Fitness locations:

a.  Planet Fitness
    **Fairfax:** 11001 Lee Hwy
    Fairfax, VA 22030
b.  Planet Fitness
    **Herndon:** 2120 Centreville Rd
    Herndon, VA 20170
c.  **Manassas:** Planet Fitness
    7680 Stream Walk Ln
    Manassas, VA 20109
d.  **Richmond: (Willow Lawn)**
    6301 W Broad St, Suite B
    Richmond, VA 23226
e.  **Richmond: (Eastgate Town Center)**
    4951 Nine Mile Rd
    Richmond, VA 23223

64.    It is a fact: If a member is walking in and/or out of the Planet Fitness Gyms with a bag covering the Plaintiff's face the employees working at the front desk should be concerned. The employees show no concern because their action are on purpose and with intent. The **SAME** can be concluded from Members using their cell photos to take cell photos and/or videos. Two or three employees standing at the Front Desk on their personal cell telephones could spend any down time cleaning.

65. The conduct by the Defendants, Planet Fitness, Inc., Planet Fitness Franchising LLC, and Pla-Fit Holdings, LLC," permitted on the premises

was outrageous, extreme, and completely intolerable in a civilized community. This includes forcing a member to navigate unmitigated biological hazards and allowing targeted, unauthorized surveillance, filming, and physical entrapment at the elevator doors by individuals on the property.

66. The actual facts will be listed directly under the three causes of actions:

67. It is a fact: On Sunday, June 27, 2026, Plaintiff arrived at Planet Fitness, Fairfax, VA for the sole purpose of taking a shower. As Plaintiff parked Plaintiff's vehicle way out from the entrance of Planet Fitness, Fairfax, VA to prevent door dents, a black female was waiting inside her vehicle and got out of her vehicle at the exact same time Plaintiff exited Plaintiff's vehicle. To prevent unwanted cell photos of Plaintiff's person, Plaintiff slowed her walk and allowed her to go ahead of Plaintiff, once through the entrance door, Plaintiff took the elevator to the 2nd floor; whereby, Planet Fitness, Fairfax, VA is located.

68. It is a fact: Plaintiff took a quick 5-minute shower but before leaving Plaintiff reported to the black female employee at the front desk that the showers in the Women Locker Room for Planet Fitness, Fairfax, VA had not been cleaned in 7-days. Plaintiff questioned if the employee realized Planet Fitness member's lives are and/or were at stake and/or risk when

30

they are exposed unknowingly to germs, bacteria, and disease. Before Plaintiff made the report there was a black male sitting in the corner of the lobby by the check-in desk and waiting for the employee pretending to get signed in as a new Planet Fitness member but was actually making a video and taking cell photos of Plaintiff because he knew of the Premeditated Attempted Murder of Plaintiff that was about to occur in the elevator.

69. It is a fact: The black male left unable to become a fake Planet Fitness member and then with no one else around Plaintiff made the report to the Front Desk employee. The same black female from the parking lot was walking out behind Plaintiff when Plaintiff was going to take the elevator, a white male came out of nowhere and placed his foot in the elevator to get the elevator to re-open because the elevator was almost shut closed.

70. It is a fact: GOD pulled Plaintiff out of the elevator so quickly as Plaintiff stated, "what a bitch" and Plaintiff floated down approximately 20 steps (Plaintiff will need to count the steps to be accurate about the number of steps and the black female had just left in front of Plaintiff using the stairs and pulled off in the parking lot ahead of Plaintiff exiting the parking lot of Planet Fitness/CVS /Aldi grocery store, located in Fairfax.

71. <u>It is a fact</u>: The next day, Monday, June 28, 2026, Plaintiff thanked a different employee at the Front Desk for cleaning the showers located in the Women Locker Room of Planet Fitness, Fairfax, but reported the shower curtains have never been washed and the floor was left with visible trash, most likely because of the report Plaintiff made regarding the filthy showers located in the Women Locker Room.

72. <u>It is a fact</u>: Plaintiff also asked the employee working at the Front Desk of Planet Fitness, Fairfax, VA for the name of the owner and operator for Planet Fitness, but the employee stated she didn't know, just the manager's name. Plaintiff asked if Plaintiff could look on the wall where two document were posted and the employee replied "Yes," but she stated the documents were related to the fire department and she was correct.

73. <u>It is a fact</u>: Plaintiff joined Planet Fitness, Herndon, VA in or about March 2026, because the Planet Fitness, Herndon, VA facility was brand new and Plaintiff believed it could be a temporary fix to keeping Plaintiff's body clean, Plaintiff could shower at Planet Fitness, Herndon, VA.

74. <u>It is a fact</u>: Plaintiff reported the problem of a clogged shower drain the first day, Plaintiff used a shower at Planet Fitness, Herndon, VA. The manager for Planet Fitness, Herndon, VA claimed he would take care of

32

the problem himself but did not for four weeks and a female came in and turned on the shower claiming that it needed to be turned on ahead of time because it takes a while for the water to heat up. Standing water was in the shower Plaintiff showered in and caused Plaintiff a very bad and severe cold which Plaintiff is just somewhat recovering from. Plaintiff did not return to Planet Fitness, Herndon, VA.

75. It is a fact: Plaintiff was in Court in Richmond, VA and used two different Planet Fitness located in Richmond, VA that had the **EXACT** same problem of not cleaning the shower and shower curtains and were much older Planet Fitness facilities.

76. It is a fact: Plaintiff went to the Planet Fitness located in Manassas, VA and the **EXACT** same problems existed with dirty showers and dirty shower curtains. Plaintiff have used 5 different Planet Fitness Gyms and all five Planet Fitness Gyms would cause any human Health issues because the showers are not cleaned daily after the member's use; the shower curtains appear to have never been washed; the Herndon Planet Fitness did not have any signs placed inside of its women locker room; whereby, allegedly women not yet passed 1st grade come into the women locker room taking cell photos and making videos even after the sign was posted. Plaintiff is forced to cover Plaintiff's face while attempting to

dress and/or undress. After asking to speak with a manager for Planet Fitness, Herndon, VA the signs were posted without Plaintiff's verbal complaint of cell photos taken of the Plaintiff by members and the employees and management located at the front desk of Planet Fitness.

77. It is a fact: Plaintiff went to the following five Planet Fitness locations:

a. Planet Fitness
   **Fairfax:** 11001 Lee Hwy
   Fairfax, VA 22030
b. Planet Fitness
   **Herndon:** 2120 Centreville Rd
   Herndon, VA 20170
c. **Manassas:** Planet Fitness
   7680 Stream Walk Ln
   Manassas, VA 20109
d. **Richmond: (Willow Lawn)**
   6301 W Broad St, Suite B
   Richmond, VA 23226
e. **Richmond: (Eastgate Town Center)**
   4951 Nine Mile Rd
   Richmond, VA 23223

78. It is a fact: If a member is walking in and/or out of the Planet Fitness Gyms with a bag covering the Plaintiff's face the employees working at the front desk should be concerned. The employees show no concern because their action are on purpose and with intent. The **SAME** can be concluded from Members using their cell photos to take cell photos and/or videos. Two or three employees standing at the Front Desk on their personal cell telephones could spend any down time cleaning.

34

79. The Defendants' intentional failure to monitor and secure their facility was the direct cause of the Plaintiff's emotional trauma.

80. The actual facts will be listed directly under the three causes of actions:

81. It is a fact: On Sunday, June 27, 2026, Plaintiff arrived at Planet Fitness, Fairfax, VA for the sole purpose of taking a shower. As Plaintiff parked Plaintiff's vehicle way out from the entrance of Planet Fitness, Fairfax, VA to prevent door dents, a black female was waiting inside her vehicle and got out of her vehicle at the exact same time Plaintiff exited Plaintiff's vehicle. To prevent unwanted cell photos of Plaintiff's person, Plaintiff slowed her walk and allowed her to go ahead of Plaintiff, once through the entrance door, Plaintiff took the elevator to the 2nd floor; whereby, Planet Fitness, Fairfax, VA is located.

82. It is a fact: Plaintiff took a quick 5-minute shower but before leaving Plaintiff reported to the black female employee at the front desk that the showers in the Women Locker Room for Planet Fitness, Fairfax, VA had not been cleaned in 7-days. Plaintiff questioned if the employee realized Planet Fitness member's lives are and/or were at stake and/or risk when they are exposed unknowingly to germs, bacteria, and disease. Before Plaintiff made the report there was a black male sitting in the corner of the lobby by the check-in desk and waiting for the employee pretending

35

to get signed in as a new Planet Fitness member but was actually making a video and taking cell photos of Plaintiff because he knew of the Premeditated Attempted Murder of Plaintiff that was about to occur in the elevator.

83. It is a fact: The black male left unable to become a fake Planet Fitness member and then with no one else around Plaintiff made the report to the Front Desk employee. The same black female from the parking lot was walking out behind Plaintiff when Plaintiff was going to take the elevator, a white male came out of nowhere and placed his foot in the elevator to get the elevator to re-open because the elevator was almost shut closed.

84. It is a fact: GOD pulled Plaintiff out of the elevator so quickly as Plaintiff stated, "what a bitch" and Plaintiff floated down approximately 20 steps (Plaintiff will need to count the steps to be accurate about the number of steps and the black female had just left in front of Plaintiff using the stairs and pulled off in the parking lot ahead of Plaintiff exiting the parking lot of Planet Fitness/CVS /Aldi grocery store, located in Fairfax.

85. It is a fact: The next day, Monday, June 28, 2026, Plaintiff thanked a different employee at the Front Desk for cleaning the showers located in the Women Locker Room of Planet Fitness, Fairfax, but reported the

shower curtains have never been washed and the floor was left with visible trash, most likely because of the report Plaintiff made regarding the filthy showers located in the Women Locker Room.

86. <u>It is a fact</u>: Plaintiff also asked the employee working at the Front Desk of Planet Fitness, Fairfax, VA for the name of the owner and operator for Planet Fitness, but the employee stated she didn't know, just the manager's name. Plaintiff asked if Plaintiff could look on the wall where two document were posted and the employee replied "Yes," but she stated the documents were related to the fire department and she was correct.

87. <u>It is a fact</u>: Plaintiff joined Planet Fitness, Herndon, VA in or about March 2026, because the Planet Fitness, Herndon, VA facility was brand new and Plaintiff believed it could be a temporary fix to keeping Plaintiff's body clean, Plaintiff could shower at Planet Fitness, Herndon, VA.

88. <u>It is a fact</u>: Plaintiff reported the problem of a clogged shower drain the first day, Plaintiff used a shower at Planet Fitness, Herndon, VA. The manager for Planet Fitness, Herndon, VA claimed he would take care of the problem himself but did not for four weeks and a female came in and turned on the shower claiming that it needed to be turned on ahead of time because it takes a while for the water to heat up. Standing water was

in the shower Plaintiff showered in and caused Plaintiff a very bad and severe cold which Plaintiff is just somewhat recovering from. Plaintiff did not return to Planet Fitness, Herndon, VA.

89. It is a fact: Plaintiff was in Court in Richmond, VA and used two different Planet Fitness located in Richmond, VA that had the **EXACT** same problem of not cleaning the shower and shower curtains and were much older Planet Fitness facilities.

90. It is a fact: Plaintiff went to the Planet Fitness located in Manassas, VA and the **EXACT** same problems existed with dirty showers and dirty shower curtains. Plaintiff have used 5 different Planet Fitness Gyms and all five Planet Fitness Gyms would cause any human Health issues because the showers are not cleaned daily after the member's use; the shower curtains appear to have never been washed; the Herndon Planet Fitness did not have any signs placed inside of its women locker room; whereby, allegedly women not yet passed 1st grade come into the women locker room taking cell photos and making videos even after the sign was posted. Plaintiff is forced to cover Plaintiff's face while attempting to dress and/or undress. After asking to speak with a manager for Planet Fitness, Herndon, VA the signs were posted without Plaintiff's verbal

complaint of cell photos taken of the Plaintiff by members and the employees and management located at the front desk of Planet Fitness.

91. <u>It is a fact</u>: Plaintiff went to the following five Planet Fitness locations:

a. Planet Fitness
   **Fairfax:** 11001 Lee Hwy
   Fairfax, VA 22030
b. Planet Fitness
   **Herndon:** 2120 Centreville Rd
   Herndon, VA 20170
c. **Manassas:** Planet Fitness
   7680 Stream Walk Ln
   Manassas, VA 20109
d. **Richmond: (Willow Lawn)**
   6301 W Broad St, Suite B
   Richmond, VA 23226
e. **Richmond: (Eastgate Town Center)**
   4951 Nine Mile Rd
   Richmond, VA 23223

92. <u>It is a fact</u>: If a member is walking in and/or out of the Planet Fitness Gyms with a bag covering the Plaintiff's face the employees working at the front desk should be concerned. The employees show no concern because their actions are on purpose and with intent. The **SAME** can be concluded from Members using their cell photos to take cell photos and/or videos. Two or three employees standing at the Front Desk on their personal cell telephones could spend any down time cleaning.

93. Defendants, Planet Fitness, Inc., Planet Fitness Franchising LLC, and Pla-Fit Holdings, LLC," caused the Plaintiff to suffer severe emotional distress, intense anxiety, and a justified fear for her physical safety that

reached a level so overwhelming that no reasonable person should be expected to endure it.

94. The actual facts will be listed directly under the three causes of actions:

95. It is a fact: On Sunday, June 27, 2026, Plaintiff arrived at Planet Fitness, Fairfax, VA for the sole purpose of taking a shower. As Plaintiff parked Plaintiff's vehicle way out from the entrance of Planet Fitness, Fairfax, VA to prevent door dents, a black female was waiting inside her vehicle and got out of her vehicle at the exact same time Plaintiff exited Plaintiff's vehicle. To prevent unwanted cell photos of Plaintiff's person, Plaintiff slowed her walk and allowed her to go ahead of Plaintiff, once through the entrance door, Plaintiff took the elevator to the 2nd floor; whereby, Planet Fitness, Fairfax, VA is located.

96. It is a fact: Plaintiff took a quick 5-minute shower but before leaving Plaintiff reported to the black female employee at the front desk that the showers in the Women Locker Room for Planet Fitness, Fairfax, VA had not been cleaned in 7-days. Plaintiff questioned if the employee realized Planet Fitness member's lives are and/or were at stake and/or risk when they are exposed unknowingly to germs, bacteria, and disease. Before Plaintiff made the report there was a black male sitting in the corner of the lobby by the check-in desk and waiting for the employee pretending

40

to get signed in as a new Planet Fitness member but was actually making a video and taking cell photos of Plaintiff because he knew of the Premeditated Attempted Murder of Plaintiff that was about to occur in the elevator.

97. It is a fact: The black male left unable to become a fake Planet Fitness member and then with no one else around Plaintiff made the report to the Front Desk employee. The same black female from the parking lot was walking out behind Plaintiff when Plaintiff was going to take the elevator, a white male came out of nowhere and placed his foot in the elevator to get the elevator to re-open because the elevator was almost shut closed.

98. It is a fact: GOD pulled Plaintiff out of the elevator so quickly as Plaintiff stated, "what a bitch" and Plaintiff floated down approximately 20 steps (Plaintiff will need to count the steps to be accurate about the number of steps and the black female had just left in front of Plaintiff using the stairs and pulled off in the parking lot ahead of Plaintiff exiting the parking lot of Planet Fitness/CVS /Aldi grocery store, located in Fairfax.

99. It is a fact: The next day, Monday, June 28, 2026, Plaintiff thanked a different employee at the Front Desk for cleaning the showers located in the Women Locker Room of Planet Fitness, Fairfax, but reported the

41

shower curtains have never been washed and the floor was left with visible trash, most likely because of the report Plaintiff made regarding the filthy showers located in the Women Locker Room.

100.    It is a fact: Plaintiff also asked the employee working at the Front Desk of Planet Fitness, Fairfax, VA for the name of the owner and operator for Planet Fitness, but the employee stated she didn't know, just the manager's name. Plaintiff asked if Plaintiff could look on the wall where two document were posted and the employee replied "Yes," but she stated the documents were related to the fire department and she was correct.

101.    It is a fact: Plaintiff joined Planet Fitness, Herndon, VA in or about March 2026, because the Planet Fitness, Herndon, VA facility was brand new and Plaintiff believed it could be a temporary fix to keeping Plaintiff's body clean, Plaintiff could shower at Planet Fitness, Herndon, VA.

102.    It is a fact: Plaintiff reported the problem of a clogged shower drain the first day, Plaintiff used a shower at Planet Fitness, Herndon, VA. The manager for Planet Fitness, Herndon, VA claimed he would take care of the problem himself but did not for four weeks and a female came in and turned on the shower claiming that it needed to be turned on ahead of

42

time because it takes a while for the water to heat up. Standing water was in the shower Plaintiff showered in and caused Plaintiff a very bad and severe cold which Plaintiff is just somewhat recovering from. Plaintiff did not return to Planet Fitness, Herndon, VA.

103.    It is a fact: Plaintiff was in Court in Richmond, VA and used two different Planet Fitness located in Richmond, VA that had the **EXACT** same problem of not cleaning the shower and shower curtains and were much older Planet Fitness facilities.

104.    It is a fact: Plaintiff went to the Planet Fitness located in Manassas, VA and the **EXACT** same problems existed with dirty showers and dirty shower curtains. Plaintiff have used 5 different Planet Fitness Gyms and all five Planet Fitness Gyms would cause any human Health issues because the showers are not cleaned daily after the member's use; the shower curtains appear to have never been washed; the Herndon Planet Fitness did not have any signs placed inside of its women locker room; whereby, allegedly women not yet passed 1st grade come into the women locker room taking cell photos and making videos even after the sign was posted. Plaintiff is forced to cover Plaintiff's face while attempting to dress and/or undress. After asking to speak with a manager for Planet Fitness, Herndon, VA the signs were posted without Plaintiff's verbal

43

complaint of cell photos taken of the Plaintiff by members and the employees and management located at the front desk of Planet Fitness.

105.   It is a fact: Plaintiff went to the following five Planet Fitness locations:

a. Planet Fitness
**Fairfax:** 11001 Lee Hwy
Fairfax, VA 22030
b. Planet Fitness
**Herndon:** 2120 Centreville Rd
Herndon, VA 20170
c. **Manassas:** Planet Fitness
7680 Stream Walk Ln
Manassas, VA 20109
d. **Richmond: (Willow Lawn)**
6301 W Broad St, Suite B
Richmond, VA 23226
e. **Richmond: (Eastgate Town Center)**
4951 Nine Mile Rd
Richmond, VA 23223

106.   It is a fact: If a member is walking in and/or out of the Planet Fitness Gyms with a bag covering the Plaintiff's face the employees working at the front desk should be concerned. The employees show no concern because their action are on purpose and with intent. The **SAME** can be concluded from Members using their cell photos to take cell photos and/or videos. Two or three employees standing at the Front Desk on their personal cell telephones could spend any down time cleaning.

107.   **CLAIM #I: ELEMENTS FOR PUNITIVE DAMAGES AND FACTS TO SUPPORT PUNITIVE DAMAGES:**

44

**108.  ELEMENTS FOR PUNITIVE DAMAGES:**
Punitive Damages may only be awarded where there is misconduct or

actual malice, or such recklessness or negligence as to evince a conscious disregard

of the rights of others. *Giant of Virginia v. Pigg*, 207 Va. 679, 685-86 (1967)."

**109.  FACTS TO SUPPORT PUNITIVE DAMAGES:**

110.  Plaintiff realleges paragraphs 1 through 12 as though fully set forth herein.

111.  **"Defendant, Arlington VA Fitness LLC,".** misconduct, or actual

malice or recklessness or negligence evinced a conscious disregard

BECAUSE of the following Facts:

112.  It is a fact: On Sunday, June 27, 2026, Plaintiff arrived at Planet

Fitness, Fairfax, VA for the sole purpose of taking a shower. As Plaintiff

parked Plaintiff's vehicle way out from the entrance of Planet Fitness,

Fairfax, VA to prevent door dents, a black female was waiting inside her

vehicle and got out of her vehicle at the exact same time Plaintiff exited

Plaintiff's vehicle. To prevent unwanted cell photos of Plaintiff's person,

Plaintiff slowed her walk and allowed her to go ahead of Plaintiff, once

through the entrance door, Plaintiff took the elevator to the 2nd floor;

whereby, Planet Fitness, Fairfax, VA is located.

113.  It is a fact: Plaintiff took a quick 5-minute shower but before leaving

Plaintiff reported to the black female employee at the front desk that the

showers in the Women Locker Room for Planet Fitness, Fairfax, VA had

45

not been cleaned in 7-days. Plaintiff questioned if the employee realized Planet Fitness member's lives are and/or were at stake and/or risk when they are exposed unknowingly to germs, bacteria, and disease. Before Plaintiff made the report there was a black male sitting in the corner of the lobby by the check-in desk and waiting for the employee pretending to get signed in as a new Planet Fitness member but was actually making a video and taking cell photos of Plaintiff because he knew of the Premeditated Attempted Murder of Plaintiff that was about to occur in the elevator.

114.    It is a fact: The black male left unable to become a fake Planet Fitness member and then with no one else around Plaintiff made the report to the Front Desk employee. The same black female from the parking lot was walking out behind Plaintiff when Plaintiff was going to take the elevator, a white male came out of nowhere and placed his foot in the elevator to get the elevator to re-open because the elevator was almost shut closed.

115.    It is a fact: GOD pulled Plaintiff out of the elevator so quickly as Plaintiff stated, "what a bitch" and Plaintiff floated down approximately 20 steps (Plaintiff will need to count the steps to be accurate about the number of steps and the black female had just left in front of Plaintiff

46

using the stairs and pulled off in the parking lot ahead of Plaintiff exiting the parking lot of Planet Fitness/CVS /Aldi grocery store, located in Fairfax.

116.   It is a fact: The next day, Monday, June 28, 2026, Plaintiff thanked a different employee at the Front Desk for cleaning the showers located in the Women Locker Room of Planet Fitness, Fairfax, but reported the shower curtains have never been washed and the floor was left with visible trash, most likely because of the report Plaintiff made regarding the filthy showers located in the Women Locker Room.

117.   It is a fact: Plaintiff also asked the employee working at the Front Desk of Planet Fitness, Fairfax, VA for the name of the owner and operator for Planet Fitness, but the employee stated she didn't know, just the manager's name. Plaintiff asked if Plaintiff could look on the wall where two document were posted and the employee replied "Yes," but she stated the documents were related to the fire department and she was correct.

118.   It is a fact: Plaintiff joined Planet Fitness, Herndon, VA in or about March 2026, because the Planet Fitness, Herndon, VA facility was brand new and Plaintiff believed it could be a temporary fix to keeping

47

Plaintiff's body clean, Plaintiff could shower at Planet Fitness, Herndon, VA.

119. <u>It is a fact</u>: Plaintiff reported the problem of a clogged shower drain the first day, Plaintiff used a shower at Planet Fitness, Herndon, VA. The manager for Planet Fitness, Herndon, VA claimed he would take care of the problem himself but did not for four weeks and a female came in and turned on the shower claiming that it needed to be turned on ahead of time because it takes a while for the water to heat up. Standing water was in the shower Plaintiff showered in and caused Plaintiff a very bad and severe cold which Plaintiff is just somewhat recovering from. Plaintiff did not return to Planet Fitness, Herndon, VA.

120. <u>It is a fact</u>: Plaintiff was in Court in Richmond, VA and used two different Planet Fitness located in Richmond, VA that had the **EXACT** same problem of not cleaning the shower and shower curtains and were much older Planet Fitness facilities.

121. <u>It is a fact</u>: Plaintiff went to the Planet Fitness located in Manassas, VA and the **EXACT** same problems existed with dirty showers and dirty shower curtains. Plaintiff have used 5 different Planet Fitness Gyms and all five Planet Fitness Gyms would cause any human Health issues because the showers are not cleaned daily after the member's use; the

shower curtains appear to have never been washed; the Herndon Planet Fitness did not have any signs placed inside of its women locker room; whereby, allegedly women not yet passed 1st grade come into the women locker room taking cell photos and making videos even after the sign was posted. Plaintiff is forced to cover Plaintiff's face while attempting to dress and/or undress. After asking to speak with a manager for Planet Fitness, Herndon, VA the signs were posted without Plaintiff's verbal complaint of cell photos taken of the Plaintiff by members and the employees and management located at the front desk of Planet Fitness.

122.   It is a fact: Plaintiff went to the following five Planet Fitness locations:

123.   Planet Fitness
**Fairfax:** 11001 Lee Hwy
Fairfax, VA 22030
124.   Planet Fitness
**Herndon:** 2120 Centreville Rd
Herndon, VA 20170
125.   **Manassas:** Planet Fitness
7680 Stream Walk Ln
Manassas, VA 20109
126.   **Richmond: (Willow Lawn)**
6301 W Broad St, Suite B
Richmond, VA 23226
127.   **Richmond: (Eastgate Town Center)**
4951 Nine Mile Rd
Richmond, VA 23223

128.    <u>It is a fact</u>: If a member is walking in and/or out of the Planet Fitness Gyms with a bag covering the Plaintiff's face the employees working at the front desk should be concerned. The employees show no concern because their action are on purpose and with intent. The **SAME** can be concluded from Members using their cell photos to take cell photos and/or videos. Two or three employees standing at the Front Desk on their personal cell telephones could spend any down time cleaning.

### 129.CASE SUMMARY STATEMENT

The Plaintiff is a member of Planet Fitness. **"Defendant, Arlington VA Fitness LLC,"** are the corporate owners and operators of the franchise system, including Planet Fitness, Inc., Planet Fitness Franchising LLC, and Pla-Fit Holdings, LLC. Between March 2026 and June 2026, the Plaintiff encountered severe, purposeful sanitation failures at the Herndon, VA; and Fairfax, VA; Manassas, VA; and two locations in Richmond, VA Planet Fitness. Specifically, the Herndon showers remained clogged and unwashed for four to six weeks despite multiple formal notifications, and the Fairfax showers went uncleaned for seven consecutive days. These persistent conditions directly exposed the Plaintiff to harmful contaminants, resulting in a severe, debilitating illness and forcing her to use harsh chemical disinfectants that caused physical bleeding. Furthermore, the Plaintiff was subjected to an intolerable, hostile environment involving

50

coordinated, unauthorized surveillance and physical tracking by individuals on the premises, which gym management failed to monitor or prevent, placing the Plaintiff in severe fear for her life. It was attempted premediated murder of the Plaintiff on Sunday, June 27, 2026. The Plaintiff seeks compensatory and punitive damages under Virginia law for Gross Negligence, and Intentional Infliction of Emotional Distress.

---

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Court enter judgment in her favor and against the **Defendant, Arlington VA Fitness LLC,"** and award the following relief:

**A. Compensatory Damages**: Award the Plaintiff compensatory damages in the amount of $30 Billion for the physical illness, bleeding, severe emotional distress, trauma, and medical complications resulting from the Defendants' gross negligence, breach of contract, and intentional acts. Plaintiff is asking 10-Billion for Gross Negligence; 10-Billion for Breach of Contract; and 10-Billion for Intentional Infliction of Emotional Distress – TOTAL amount = $30,000,350,000.00.

**B. Punitive Damages**: Award the Plaintiff punitive damages in the amount of Amount up to 350,000 for Count I (Gross Negligence) and Count III (Intentional Infliction of Emotional Distress), to punish the Defendants for their willful, wanton, and reckless disregard for human health and safety.

**C. Injunctive Relief**: Order the **Defendant, Arlington VA Fitness LLC,"** to immediately implement mandatory daily sanitation protocols, replace all unwashed shower curtains, and remedy all clogged facilities at the Herndon and Fairfax locations to ensure strict compliance with public health standards. Plaintiff will not return to any of the Plaintiff Fitness Gym listed in the five locations above.

**D. Additional Relief**: Award the Plaintiff any further relief that this Court deems just, proper, and equitable.

Dated: July 6, 2026
Respectfully submitted,

DORA L. ADKINS,
P.O. BOX 3825
MERRIFIELD, VA 22116
703-751-8653

## ADDENDUM

## COMPENSATORY DAMAGES:

1.    "In accord with the foregoings, Plaintiff claim damages against Defendants as follows:"

    A. Compensatory Damages: TOTAL =

        (i)

Note: The Plaintiff reserves the right to amend the compensatory (which was not added in) and the amounts for Intentional Infliction of Emotional Distress; and for Punitive Damages as a *Prima Facie* Case.

  B.    DAMAGES: THIRTY- BILLION DOLLARS AND $350,000 DOLLARS for Punitive Damages:

**Count #I: Gross Negligence** allows for punitive damages under Plaintiff's facts that proves and supports extremely high legal threshold. **Count #II: Breach of Contract; Count #III: Intentional Infliction of Emotional Distress (IIED)** is the primary cause of action that allows a **Claim** for **Punitive Damages** for Count #1; Gross Negligence and Count #III: Intentional Infliction of Emotional Distress as a *Prima Facie* Case.

JURY DEMANDED

2.    Trial by jury is demanded.

WHEREFORE, Plaintiff demands judgment against the **Defendant, Arlington VA Fitness LLC,"** in the TOTAL amount = $30,000,350,000.00. 30-BILLION DOLLARS combined for  Count #1: Intentional Infliction of Emotional Distress 10-Billion – 350,000 for Punitive Damages; Count #2: Negligent Misrepresentation 10-Billion; Count #3: Breach of Express and Implied Warranties (Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et seq.) 10-Billion;  as a *Prima Facie* Case and/or whatever else the Court deem appropriate.

Respectfully Yours,

54

Dora L. Adkins, *pro se*

Dora L. Adkins

P.O. Box 3825

Merrifield, Virginia 22116

DoraAdkins7@aol.com

No Telephone

**Note**: There is no way to contact the Plaintiff; except, by U.S. Mail to the above address because there is no working telephone number(s) to provide.

Planet Fitness, Inc.
Registered Agent/Registered Office
Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

**CERTIFICATE OF SERVICE:**

I certify that on July 6, 2026, I filed a "Proposed Emergency Complaint" with the Clerk's Office along with one Exhibit as it relates to **Defendant, Arlington VA Fitness LLC**,"

Respectfully Yours,

Dora L. Adkins, *pro se*

## EXHIBIT:

**EXHIBIT #1**: *See*, Copy of Personal Information for a Key Ring Used for Entrance to Planet Fitness Gyms (Copy of Contract was sent to my Email Address which is Not Accessible to me and Plaintiff Fitness does not Provide a Paper Copy of the Contact

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DORA L. ADKINS,

     Plaintiff,

          v.      Civil Action No.:

## **Defendant, Arlington VA Fitness LLC.,**
     Defendant.

## CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of this document.

Dora L. Adkins

Name of Pro Se Party (Print or Type)

Executed on July 6 2026 (Date)

**OR**

Dora L. Adkins

(Name of Attorney)

No Telephone Number

(Telephone Number of Attorney)

Prepared or assisted in preparation of this document.

Dora L. Adkins

Name of Pro Se Party (Print or Type)

Signature of Pro Se Party (Print or Type)

Executed on July 6, 2026 (Date)

57

## State Corporation Commission
## Clerk's Information System

A-  [ A ]  A+

## Entity Information

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Arlington VA Fitness LLC | Entity ID: | S8058861 |
| Entity Type: | Limited Liability Company | Entity Status: | **Active** |
| Series LLC: | No | Reason for Status: | Active |
| Formation Date: | 02/13/2019 | Status Date: | 03/15/2024 |
| VA Qualification Date: | 02/13/2019 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | N/A |
| Jurisdiction: | VA | Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | Locality: | RICHMOND CITY |
| RA Qualification: | BUSINESS ENTITY THAT | | |

Privacy Policy  |  Contact Us

*Exhibit 1*

|  |  |  |  |
|---|---|---|---|
| TRANSACT BUSINESS IN VIRGINIA | | | |
| Name: | CORPORATION SERVICE COMPANY | Registered Office Address: | 100 Shockoe Slip Fl 2, RICHMOND, VA, 23219 - 4100, USA |

**Principal Office Address**

Address:  6400 Shafer Court, Suite 250, Rosemont, IL, 60018 - 0000, USA

Filing History    RA History    Name History    Previous Registrations

Protected Series    Garnishment Designees    Image Request

( Back )  ( Return to Search )  ( Return to Results )

Back to Login

Privacy Policy  |  Contact Us



Exhibit #2



**V1.0**

608000000019120701

**planetfitness.com**